# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES SMITH, individually and on behalf of others similarly situated, | : | Civil No. 1:25-CV-00513 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA STATE EDUCATION ASSOCIATION, | : | |
| | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 2nd day of April, 2025, following review of Plaintiff's motion to consolidate cases, Doc. 8, **IT IS ORDERED THAT** the court **DEFERS** ruling on the motion until counsel enters an appearance for Defendant and has the opportunity to respond to the motion.

s/Jennifer P. Wilson<br>
JENNIFER P. WILSON<br>
United States District Judge<br>
Middle District of Pennsylvania