# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES SMITH, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>     v.<br><br>PENNSYLVANIA STATE EDUCATION ASSOCIATION,<br><br>              Defendant. | NO. 1:25-cv-00513-JPW<br><br>CLASS ACTION<br><br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff James Smith ("Plaintiff") hereby dismisses this action as follows:

1.    All claims of Plaintiff, individually, are dismissed without prejudice; and

2.    All claims of any unnamed member of the proposed class are dismissed without prejudice.

Each party shall bear their own fees and costs.

Dated: April 11, 2025                    Respectfully submitted,


                                         _____*/s/ Bart D. Cohen*_____
                                         Bart D. Cohen (PA ID 57606)
                                         **BAILEY & GLASSER LLP**
                                         1622 Locust Street
                                         Philadelphia, PA 19103
                                         Phone: (267) 973-4855
                                         bcohen@baileyglasser.com

                                         Benjamin F. Johns (PA ID 201373)
                                         Samantha E. Holbrook (PA ID 311829)
                                         **SHUB JOHNS & HOLBROOK LLP**
                                         Four Tower Bridge
                                         200 Barr Harbor Drive, Suite 400
                                         Conshohocken, PA 19428
                                         Phone: (610) 477-8380
                                         bjohns@shublawyers.com
                                         sholbrook@shublawyers.com

                                         *Counsel for Plaintiff and the Proposed
                                         Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served

via email on the following counsel, who has communicated to Plaintiff his

representation of Defendant with respect to the matters encompassed in the above-

captioned action.

>John B. Consevage
>Dilworth Paxson LLP
>2 N. 2nd Street, Suite 1101
>Harrisburg, PA  17101
>jconsevage@dilworthlaw.com

Dated: April 11, 2025                                     */s/ Bart D. Cohen*
                                                                   Bart D. Cohen